Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* ____ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | SCHOOLMAN TRANSPORTATION SYSTEM, INC. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | Classic Coach |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 11-2646883 |
| 4. | **Debtor's address** | **Principal place of business**<br>1600 Locust Ave<br>Bohemia, NY 11716<br>Number, Street, City, State & ZIP Code<br>Suffolk<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: |

Debtor **SCHOOLMAN TRANSPORTATION SYSTEM, INC.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **Hampton Transportation Ventures, Inc. d/b/a Hampton Luxury Liner** Relationship to you **common ownership/unity of cred**

District **Eastern District of New York** When **9/08/15** Case number, if known **15-73837-ast**

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC.
Name

Case number (*if known*)

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC.
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2016
MM / DD / YYYY

X /s/ William Schoolman
Signature of authorized representative of debtor

William Schoolman
Printed name

Title CEO

**18. Signature of attorney**

X /s/ Michael G. Mc Auliffe
Signature of attorney for debtor

Date March 18, 2016
MM / DD / YYYY

Michael G. Mc Auliffe
Printed name

The Law Office of Michael G. Mc Auliffe
Firm name

68 South Service Road
Suite 100
Melville, NY 11747
Number, Street, City, State & ZIP Code

Contact phone 631-465-0044 Email address mgmlaw@optonline.net

Bar number and State

Fill in this information to identify the case:

Debtor name SCHOOLMAN TRANSPORTATION SYSTEM, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 18, 2016**

X **/s/ William Schoolman**
Signature of individual signing on behalf of debtor

**William Schoolman**
Printed name

**CEO**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SCHOOLMAN TRANSPORTATION SYSTEM, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Acme Auto Radiator &Glass<br>49 Carleton Ave<br>Islip Terrace, NY 11752 | | auto repair | | | | $2,900.00 |
| Action Tire Retreaders<br>40 Brook Ave<br>Deer Park, NY 11729 | | Auto Repair | | | | $4,034.00 |
| American Agip Co., Inc.<br>PO Box 7247-6989<br>Philadelphia, PA 19170 | | automibile supplies | Disputed | | | $2,962.50 |
| Atlantic Detroit Deisel<br>PO Box 950<br>Lodi, NJ 07644 | | Automobile Service | Disputed | | | $1,000.00 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | | business credit card | | | | $91,388.43 |
| Bridgestone/Firestone<br>70249 Network Place<br>Chicago, IL 60673 | | Automobile Supplier | Disputed | | | $103,248.62 |
| Camerota Truck Parts<br>245 Shaker Road<br>Enfield, CT 06083 | | automobile service | Disputed | | | $41,936.16 |
| Cerini & Associates, LLP<br>3340 Veterans Memorial Hw<br>Bohemia, NY 11716 | | accounting services | | | | $23,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC. Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Credit Card<br>PO Box 15153<br>Wilmington, DE 19886 | | business credit card | | | | $55,574.75 |
| CXT Heavy Collision & Rec<br>99 Beaverdam Road<br>Bellport, NY 11713 | | auto repair | Disputed | | | $47,779.82 |
| Gabrielli Truck Sales Ltd<br>PO Box 512569<br>Philadelphia, PA 19175 | | automobile services | | | | $929.91 |
| Grainger<br>MW H11<br>Palatine, IL 60038 | | automobile parts and service | | | | $1,083.31 |
| Huntington Brake & Equip.<br>179 Herricks Rd<br>New Hyde Park, NY 11040 | | automobile service | | | | $51,439.74 |
| KCP Advisory<br>24 New England Executive<br>Suite 215<br>Burlington, MA 01803 | | business advisory group | Disputed | | | $130,000.00 |
| Metrolube<br>229 Arlington Ave<br>Staten Island, NY 10303 | | automobile service | | | | $4,977.44 |
| NIC Holding Corp.<br>225 Broad Hollow Rd<br>Suite 212W<br>Melville, NY 11747 | | Automobile Service | | | | $40,659.53 |
| Paradise Advertising, Inc<br>427 Route 25A<br>Suite 1<br>Rocky Point, NY 11778 | | business services | | | | $38,929.00 |
| Sailon Auto Electric Inc.<br>106 Underhill Blvd<br>Syosset, NY 11791 | | automobile service | | | | $3,775.76 |
| The Hudson Group<br>360 Merrimack Street<br>Bldg 9, 2nd Floor<br>Lawrence, MA 01843 | | business services | | | | $22,639.49 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **SCHOOLMAN TRANSPORTATION SYSTEM, INC.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Uniferst Corp.<br>50 Carnation Ave<br>Bldg 5<br>Floral Park, NY 11001 | | business services | | | | $2,019.45 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name SCHOOLMAN TRANSPORTATION SYSTEM, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......... $ 2,017,031.24

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......... $ 2,017,031.24

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.......... $ 3,763,861.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.......... +$ 671,500.84

4. **Total liabilities** ..........
   Lines 2 + 3a + 3b $ 4,435,361.84

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name SCHOOLMAN TRANSPORTATION SYSTEM, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$18,857.00** |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.. | **TD Bank** | **Operating Account** | **0286** | **$50,451.00** |
| 3.2.. | **TD Bank** | **Payroll Account** | **0294** | **$36,659.00** |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 5. | **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$105,967.00** |

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC. Case number (If known)
Name

**11. Accounts receivable**

11a. 90 days old or less: 69,443.14 (face amount) - 0.00 (doubtful or uncollectible accounts) = .... $69,443.14

11a. 90 days old or less: 4,265,663.00 (face amount) - 4,265,663.00 (doubtful or uncollectible accounts) = .... $0.00

11b. Over 90 days old: 1,904.10 (face amount) - 0.00 (doubtful or uncollectible accounts) =.... $1,904.10

**12. Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$71,347.24**

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>bus parts | | $0.00 | | $75,000.00 |

**23. Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84. **$75,000.00**

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B Schedule A/B Assets - Real and Personal Property page 2
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC. Case number *(If known)*
Name

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** office equipment | $0.00 | | $5,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. **$5,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2001 Prevost XLII | $0.00 | | $85,500.00 |
| 47.2. | 2001 Prevost XLII | $0.00 | | $85,500.00 |
| 47.3. | 2005 Prevost XLII | $0.00 | | $146,300.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 47.4.. | 2005 Prevost XLII | $0.00 | | $146,300.00 |
| 47.5.. | Prevost X3-45 | $0.00 | | $219,450.00 |
| 47.6.. | 2007 Prevost X3-45 | $0.00 | | $205,200.00 |
| 47.7.. | 2007 Prevost X3-45 | $0.00 | | $205,200.00 |
| 47.8.. | 2007 Prevost X3-45 | $0.00 | | $205,200.00 |
| 47.9.. | 2007 Prevost X3-45 | $0.00 | | $250,200.00 |
| 47.10.. | 2003 Freig Trolley | $0.00 | | $30,305.00 |
| 47.11.. | 2001 Ford Minibus | $0.00 | | $11,400.00 |
| 47.12.. | 2001 Ford Minibus | $0.00 | | $11,400.00 |
| 47.13 | 2004 Ford Minibus | $0.00 | | Unknown |
| 47.14 | 2008 Prevost X3-45 | $0.00 | | Unknown |
| 47.15 | 2005 Ford Van | $0.00 | | $2,000.00 |
| 47.16 | 2006 Ford Van | $0.00 | | $2,000.00 |
| 47.17 | 2006 Fors Van | $0.00 | | $2,000.00 |
| 47.18 | 2006 Ford Van | $0.00 | | Unknown |
| 47.19 | 2007 Ford Pickup | $0.00 | | $5,000.00 |
| 47.20 | 2005 Ford Pickup | $0.00 | | Unknown |
| 47.21.. | 2010 Wells Cargo Trailer | $0.00 | | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC. Case number *(If known)*
Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$1,612,955.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC. Case number *(If known)*
Name

**self insurance refund receivable** **$146,762.00**

78. **Total of Part 11.** **$146,762.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC. Case number (If known)
Name

## Part 12 Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | | $105,967.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | $0.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | $71,347.24 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | $75,000.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | $5,000.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | $1,612,955.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.....> | | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | $146,762.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | | $2,017,031.24 | + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | | | $2,017,031.24 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name SCHOOLMAN TRANSPORTATION SYSTEM, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.1 ACM Riverhead V, LLC**
Creditor's Name

780 Third Ave, 27th Floor
New York, NY 10017
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
buses

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount of claim: **$65,249.00** — Value of collateral: **Unknown**

**2.2 ACM Riverhead V, LLC**
Creditor's Name

780 Third Ave, 27th Floor
New York, NY 10017
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
buses

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$37,936.00** — Value of collateral: **Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC. Case number (if know)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.3 ACM Riverhead V, LLC** — $41,862.00 — Unknown

Creditor's Name

780 Third Ave, 27th Floor
New York, NY 10017

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
buses

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.4 ACM Riverhead V, LLC** — $446,401.00 — Unknown

Creditor's Name

780 Third Ave, 27th Floor
New York, NY 10017

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
buses

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.5 ACM Riverhead V, LLC** — $47,331.00 — Unknown

Creditor's Name

780 Third Ave, 27th Floor
New York, NY 10017

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
buses

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

Official Form 206D Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** page 2 of 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **SCHOOLMAN TRANSPORTATION SYSTEM, INC.** Case number (if know)
Name

**Date debt was incurred**

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.6 **ACM Riverhead V, LLC**
Creditor's Name

**780 Third Ave, 27th Floor**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**buses**

**$47,239.00** **Unknown**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.7 **ACM Riverhead V, LLC**
Creditor's Name

**780 Third Ave, 27th Floor**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**buses**

**$50,900.00** **Unknown**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.8 **ACM Riverhead V, LLC**
Creditor's Name

**780 Third Ave, 27th Floor**
**New York, NY 10017**

**Describe debtor's property that is subject to a lien**
**buses**

**$4,976.00** **Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.9 **ACM Riverhead V, LLC**
Creditor's Name

**780 Third Ave, 27th Floor**
**New York, NY 10017**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**buses**

$206,223.00 | Unknown

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.10 **Big Shoulders Capital,LLC**
Creditor's Name

**105 Revere Drive, Suite D**
**Northbrook, IL 60062**
Creditor's mailing address

Describe debtor's property that is subject to a lien

$1,200,000.00 | $85,500.00

Describe the lien
**security agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

2.1 1 **Big Shoulders Capital,LLC**
Creditor's Name
**105 Revere Drive, Suite D**
**Northbrook, IL 60062**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$1,100,000.00** **$85,500.00**

---

2.1 2 **Bridghampton National Ban**
Creditor's Name
**2200 Montauk Highway**
**Bridgehampton, NY 11932**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**self insurance refund receivable**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$200,000.00** **$146,762.00**

---

2.1 3 **Celtic Bank**
Creditor's Name
**268 South State Street**
**Suite 300**
**Salt Lake City, UT 84111**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**90 days or less: receivables/inventory**

**Describe the lien**

**$130,795.00** **$69,443.14**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **SCHOOLMAN TRANSPORTATION SYSTEM, INC.** Case number (if know)
Name

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.14 **Small Business Admin**
Creditor's Name

**409 3rd St, SW**
**Washington, DC 20416**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** **$184,949.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$3,763,861.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name SCHOOLMAN TRANSPORTATION SYSTEM, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Acme Auto Radiator &Glass
49 Carleton Ave
Islip Terrace, NY 11752
Date or dates debt was incurred 12/31/15
Last 4 digits of account number classic limo

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: auto repair
Is the claim subject to offset? ■ No ☐ Yes

$2,900.00

**3.2 Nonpriority creditor's name and mailing address**
Action Tire Retreaders
40 Brook Ave
Deer Park, NY 11729
Date or dates debt was incurred 12/31/15
Last 4 digits of account number 5100

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Auto Repair
Is the claim subject to offset? ■ No ☐ Yes

$4,034.00

**3.3 Nonpriority creditor's name and mailing address**
All Island Media
1 Rodeo Drive
Edgewood, NY 11717
Date or dates debt was incurred 12/31/15
Last 4 digits of account number 4177

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: business advertising
Is the claim subject to offset? ■ No ☐ Yes

$500.00

**3.4 Nonpriority creditor's name and mailing address**
American Agip Co., Inc.
PO Box 7247-6989
Philadelphia, PA 19170
Date or dates debt was incurred 12/31/15
Last 4 digits of account number 3236

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: automibile supplies
Is the claim subject to offset? ■ No ☐ Yes

$2,962.50

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 52441 Best Case Bankruptcy

**3.5** Nonpriority creditor's name and mailing address
**Atlantic Detroit Deisel**
**PO Box 950**
**Lodi, NJ 07644**
Date or dates debt was incurred 12/31/15
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Automobile Service
Is the claim subject to offset? ■ No ☐ Yes

**3.6** Nonpriority creditor's name and mailing address
**Bank of America**
**PO Box 15796**
**Wilmington, DE 19886**
Date or dates debt was incurred 10/1/2015
Last 4 digits of account number 2428

As of the petition filing date, the claim is: *Check all that apply.* **$91,388.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: business credit card
Is the claim subject to offset? ■ No ☐ Yes

**3.7** Nonpriority creditor's name and mailing address
**Bridgestone/Firestone**
**70249 Network Place**
**Chicago, IL 60673**
Date or dates debt was incurred 12/31/15
Last 4 digits of account number 7551

As of the petition filing date, the claim is: *Check all that apply.* **$103,248.62**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Automobile Supplier
Is the claim subject to offset? ■ No ☐ Yes

**3.8** Nonpriority creditor's name and mailing address
**Camerota Truck Parts**
**245 Shaker Road**
**Enfield, CT 06083**
Date or dates debt was incurred 10/1/15
Last 4 digits of account number 9132

As of the petition filing date, the claim is: *Check all that apply.* **$41,936.16**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: automobile service
Is the claim subject to offset? ■ No ☐ Yes

**3.9** Nonpriority creditor's name and mailing address
**Cerini & Associates, LLP**
**3340 Veterans Memorial Hw**
**Bohemia, NY 11716**
Date or dates debt was incurred 10/1/15
Last 4 digits of account number oo01

As of the petition filing date, the claim is: *Check all that apply.* **$23,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: accounting services
Is the claim subject to offset? ■ No ☐ Yes

**3.10** Nonpriority creditor's name and mailing address
**Chase Credit Card**
**PO Box 15153**
**Wilmington, DE 19886**
Date or dates debt was incurred 12/1/15
Last 4 digits of account number 9515

As of the petition filing date, the claim is: *Check all that apply.* **$55,574.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: business credit card
Is the claim subject to offset? ■ No ☐ Yes

**3.11** Nonpriority creditor's name and mailing address
**CXT Heavy Collision & Rec**
**99 Beaverdam Road**
**Bellport, NY 11713**
Date or dates debt was incurred 10/1/15
Last 4 digits of account number classic coach

As of the petition filing date, the claim is: *Check all that apply.* **$47,779.82**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: auto repair
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC.
Name

Case number (if known)

3.12 Nonpriority creditor's name and mailing address
Gabrielli Truck Sales Ltd
PO Box 512569
Philadelphia, PA 19175
Date or dates debt was incurred 10/1/15
Last 4 digits of account number 3635

As of the petition filing date, the claim is: *Check all that apply.* $929.91
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: automobile services
Is the claim subject to offset? ■ No ☐ Yes

3.13 Nonpriority creditor's name and mailing address
Grainger
MW H11
Palatine, IL 60038
Date or dates debt was incurred 12/1/15
Last 4 digits of account number 9479

As of the petition filing date, the claim is: *Check all that apply.* $1,083.31
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: automobile parts and service
Is the claim subject to offset? ■ No ☐ Yes

3.14 Nonpriority creditor's name and mailing address
Huntington Brake & Equip.
179 Herricks Rd
New Hyde Park, NY 11040
Date or dates debt was incurred 10/1/2015
Last 4 digits of account number 6933

As of the petition filing date, the claim is: *Check all that apply.* $51,439.74
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: automobile service
Is the claim subject to offset? ■ No ☐ Yes

3.15 Nonpriority creditor's name and mailing address
KCP Advisory
24 New England Executive
Suite 215
Burlington, MA 01803
Date or dates debt was incurred 3/2014
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.* $130,000.00
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: business advisory group
Is the claim subject to offset? ■ No ☐ Yes

3.16 Nonpriority creditor's name and mailing address
Lawson Products, Inc.
PO Box 809401
Chicago, IL 60680
Date or dates debt was incurred 12/1/15
Last 4 digits of account number 9481

As of the petition filing date, the claim is: *Check all that apply.* $172.99
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: automobile service
Is the claim subject to offset? ■ No ☐ Yes

3.17 Nonpriority creditor's name and mailing address
Marsh Industrial
9 Somerset Lane
East Setauket, NY 11733
Date or dates debt was incurred 10/1/15
Last 4 digits of account number classic coach

As of the petition filing date, the claim is: *Check all that apply.* $424.94
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: automobile supplies
Is the claim subject to offset? ■ No ☐ Yes

3.18 Nonpriority creditor's name and mailing address
Metrolube
229 Arlington Ave
Staten Island, NY 10303
Date or dates debt was incurred 12/1/15
Last 4 digits of account number 9522

As of the petition filing date, the claim is: *Check all that apply.* $4,977.44
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: automobile service
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC.
Name

Case number (if known)

3.19 **Nonpriority creditor's name and mailing address**
**NIC Holding Corp.**
**225 Broad Hollow Rd**
**Suite 212W**
**Melville, NY 11747**
Date or dates debt was incurred 11/1/15
Last 4 digits of account number 4620

As of the petition filing date, the claim is: *Check all that apply.* **$40,659.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Automobile Service
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
**Northeast Automotive**
**80 Pauls path**
**Coram, NY 11727**
Date or dates debt was incurred 12/1/15
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.* **$125.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: autmobile service
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**Paradise Advertising, Inc**
**427 Route 25A**
**Suite 1**
**Rocky Point, NY 11778**
Date or dates debt was incurred 12/1/15
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.* **$38,929.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: business services
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
**Sailon Auto Electric Inc.**
**106 Underhill Blvd**
**Syosset, NY 11791**
Date or dates debt was incurred 12/1/15
Last 4 digits of account number 674

As of the petition filing date, the claim is: *Check all that apply.* **$3,775.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: automobile service
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**The Hudson Group**
**360 Merrimack Street**
**Bldg 9, 2nd Floor**
**Lawrence, MA 01843**
Date or dates debt was incurred 10/1/15
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.* **$22,639.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: business services
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Uniferst Corp.**
**50 Carnation Ave**
**Bldg 5**
**Floral Park, NY 11001**
Date or dates debt was incurred 10/1/15
Last 4 digits of account number 5131

As of the petition filing date, the claim is: *Check all that apply.* **$2,019.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: business services
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC.
Name

Case number (if known)

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 671,500.84 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 671,500.84 |

Official Form 206 E/F **Schedule E/F: Creditors Who Have Unsecured Claims** **Page 5 of 5**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name SCHOOLMAN TRANSPORTATION SYSTEM, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **building lease** | |
| State the term remaining | **96 months** | **1600 Locust Ave Assoc.**<br>**1600 Locust Ave**<br>**Bohemia, NY 11716** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **memo of understanding** | |
| State the term remaining | | **Rally Bus**<br>**106 West 32nd Street**<br>**2nd Floor**<br>**New York, NY 10022** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name SCHOOLMAN TRANSPORTATION SYSTEM, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **1600 Locust Ave Assoc.** | **1600 Locust Ave Bohemia, NY 11716** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Better Options for Livabl** | **1600 Locust Ave Bohemia, NY 11716** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.3 | **Hampton Transportation** | **1600 Locust Ave Bohemia, NY 11716** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.4 | **William Schoolman** | **1600 Locust Ave Bohemia, NY 11716** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **SCHOOLMAN TRANSPORTATION SYSTEM, INC.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$1,765,221.77** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC. Case number *(if known)*

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Schoolman Transportation System, Inc. d/b/a Classic Coach v. S. Camerota & Sons, Inc. d/b/a Camerota Truck Parts**<br>**06264/2013** | **breach of warranty claim** | **Supreme Court, Suffolk County**<br>**One Court Street**<br>**Riverhead, NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **JP Morgan Chase Bank v. 1600 Locust Avenue Associates, et al**<br>**065364/2014** | **Commercial Foreclosure** | **Supreme Court, Suffolk County**<br>**One Court Street**<br>**Riverhead, NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Michael Mc Auliffe, Esq.<br>68 South Service Rd,<br>Suite100<br>Melville, NY 11747 | | January 6, 2016 | $15,000.00 |

**Email or website address**

**Who made the payment, if not debtor?**
William Schoolman

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

Name of plan: ?????
Employer identification number of the plan EIN: ?????

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

Name of plan: Schoolman Transportation System, Inc. d/b/a Classic Coach 401(k) Plan
Employer identification number of the plan EIN: 11-2646883

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **SCHOOLMAN TRANSPORTATION SYSTEM, INC.** Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **Cerini & Associates, LLP**<br>**3340 Veterans Memorial Hw**<br>**Bohemia, NY 11716** | **2008** |
| 26a.2. | **Eric Langmack**<br>**1600 Locust Ave**<br>**Bohemia, NY 11716** | **2012** |
| 26a.3. | **Linda Fieseler**<br>**1600 Locust Ave**<br>**Bohemia, NY 11716** | **1980** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
| --- | --- |
| 26d.1. | **Small Business Admin**<br>**409 3rd St, SW**<br>**Washington, DC 20416** |
| 26d.2. | **Big Shoulders Capital, LLC**<br>**105 Revere Drive, Suite D**<br>**Northbrook, IL 60062** |
| 26d.3. | **ACM Riverhead V, LLC**<br>**780 Third Ave, 27th Floor**<br>**New York, NY 10017** |
| 26d.4. | **Trax Insurance**<br>**201 E. Commerce Drive**<br>**Schaumburg, IL 60173** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Name and address**

26d.5. **Northville Industries**
225 Broadhollow Road
Suite 212W
Melville, NY 11747

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William Schoolman | 1600 Locust Ave<br>Bohemia, NY 11716 | CEO, President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **William Schoolman**<br>**1600 Locust Ave**<br>Bohemia, NY 11716 | 198,000.00 per year | weekly | salary |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor SCHOOLMAN TRANSPORTATION SYSTEM, INC. Case number *(if known)*

**Name of the parent corporation** **Employer Identification number of the parent corporation**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2016

/s/ William Schoolman
Signature of individual signing on behalf of the debtor

William Schoolman
Printed name

Position or relationship to debtor CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re SCHOOLMAN TRANSPORTATION SYSTEM, INC. Debtor(s)

Case No.

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor ■ Other (specify): **William Schoolman**

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 18, 2016
*Date*

/s/ Michael G. Mc Auliffe
Michael G. Mc Auliffe
*Signature of Attorney*

**The Law Office of Michael G. Mc Auliffe**
**68 South Service Road**
**Suite 100**
**Melville, NY 11747**
**631-465-0044 Fax: 631-465-0045**
mgmlaw@optonline.net
*Name of law firm*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of New York

In re SCHOOLMAN TRANSPORTATION SYSTEM, INC. Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Willian Schoolman**<br>**1600 Locust Ave**<br>**Bohemia, NY 11716** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 18, 2016** Signature **/s/ William Schoolman**
**William Schoolman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**United States Bankruptcy Court**
**Eastern District of New York**

In re SCHOOLMAN TRANSPORTATION SYSTEM, INC. — Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: March 18, 2016

/s/ William Schoolman
William Schoolman/CEO
Signer/Title

Date: March 18, 2016

/s/ Michael G. Mc Auliffe
Signature of Attorney

**Michael G. Mc Auliffe**
**The Law Office of Michael G. Mc Auliffe**
**68 South Service Road**
**Suite 100**
**Melville, NY 11747**
**631-465-0044 Fax: 631-465-0045**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

1600 Locust Ave Assoc.
1600 Locust Ave
Bohemia, NY 11716

ACM Riverhead V, LLC
780 Third Ave, 27th Floor
New York, NY 10017

Acme Auto Radiator &Glass
49 Carleton Ave
Islip Terrace, NY 11752

Action Tire Retreaders
40 Brook Ave
Deer Park, NY 11729

All Island Media
1 Rodeo Drive
Edgewood, NY 11717

American Agip Co., Inc.
PO Box 7247-6989
Philadelphia, PA 19170

Atlantic Detroit Deisel
PO Box 950
Lodi, NJ 07644

Bank of America
PO Box 15796
Wilmington, DE 19886

Better Options for Livabl
1600 Locust Ave
Bohemia, NY 11716

Big Shoulders Capital,LLC
105 Revere Drive, Suite D
Northbrook, IL 60062

Bridgestone/Firestone
70249 Network Place
Chicago, IL 60673

Bridghampton National Ban
2200 Montauk Highway
Bridgehampton, NY 11932

Camerota Truck Parts
245 Shaker Road
Enfield, CT 06083

Celtic Bank
268 South State Street
Suite 300
Salt Lake City, UT 84111

Cerini & Associates, LLP
3340 Veterans Memorial Hw
Bohemia, NY 11716

Chase Credit Card
PO Box 15153
Wilmington, DE 19886

CXT Heavy Collision & Rec
99 Beaverdam Road
Bellport, NY 11713

Gabrielli Truck Sales Ltd
PO Box 512569
Philadelphia, PA 19175

Grainger
MW H11
Palatine, IL 60038

Hampton Transportation
1600 Locust Ave
Bohemia, NY 11716

Huntington Brake & Equip.
179 Herricks Rd
New Hyde Park, NY 11040

KCP Advisory
24 New England Executive
Suite 215
Burlington, MA 01803

Lawson Products, Inc.
PO Box 809401
Chicago, IL 60680

Marsh Industrial
9 Somerset Lane
East Setauket, NY 11733

Metrolube
229 Arlington Ave
Staten Island, NY 10303

NIC Holding Corp.
225 Broad Hollow Rd
Suite 212W
Melville, NY 11747

Northeast Automotive
80 Pauls path
Coram, NY 11727

Paradise Advertising, Inc
427 Route 25A
Suite 1
Rocky Point, NY 11778

Rally Bus
106 West 32nd Street
2nd Floor
New York, NY 10022

Sailon Auto Electric Inc.
106 Underhill Blvd
Syosset, NY 11791

Small Business Admin
409 3rd St, SW
Washington, DC 20416

The Hudson Group
360 Merrimack Street
Bldg 9, 2nd Floor
Lawrence, MA 01843

Uniferst Corp.
50 Carnation Ave
Bldg 5
Floral Park, NY 11001

William Schoolman
1600 Locust Ave
Bohemia, NY 11716

**United States Bankruptcy Court**
**Eastern District of New York**

In re SCHOOLMAN TRANSPORTATION SYSTEM, INC. Debtor(s)

Case No.

Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for SCHOOLMAN TRANSPORTATION SYSTEM, INC. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 18, 2016
Date

/s/ Michael G. Mc Auliffe
Michael G. Mc Auliffe
Signature of Attorney or Litigant
Counsel for SCHOOLMAN TRANSPORTATION SYSTEM, INC.

The Law Office of Michael G. Mc Auliffe
68 South Service Road
Suite 100
Melville, NY 11747
631-465-0044 Fax:631-465-0045
mgmlaw@optonline.net

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** SCHOOLMAN TRANSPORTATION SYSTEM, INC. **CASE NO.:**. ______

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **15-73837-ast** JUDGE: **Alan S. Trust** DISTRICT/DIVISION: **Eastern District of New York**

DEBTOR NAME: **Hampton Transportation Ventures, Inc. d/b/a Hampton Luxury Liner**

CASE STILL PENDING (Y/N): **Y** [*If closed*] Date of closing:______

CURRENT STATUS OF RELATED CASE: ______
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: **common ownership/unity of cred**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

2. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

CURRENT STATUS OF RELATED CASE: ______
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ______

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

3. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

(OVER)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: ______________________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ______________________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/s/ Michael G. Mc Auliffe
**Michael G. Mc Auliffe**
Signature of Debtor's Attorney
**The Law Office of Michael G. Mc Auliffe**
**68 South Service Road**
**Suite 100**
**Melville, NY 11747**
**631-465-0044 Fax:631-465-0045**

______________________________
Signature of Pro Se Debtor/Petitioner

______________________________
Signature of Pro Se Joint Debtor/Petitioner

______________________________
Mailing Address of Debtor/Petitioner

______________________________
City, State, Zip Code

______________________________
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------X

IN RE: **SCHOOLMAN TRANSPORTATION SYSTEM, INC.**

Debtor(s)

-------------------------------------------X

Chapter **11**

Case No.:

STATEMENT PURSUANT TO LOCAL RULE 2017

I, **Michael G. Mc Auliffe**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **January 6, 2016** | Initial interview, analysis of financial condition, etc. |
| **January 7, 2016 through March 18, 2016** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ **15,000.00** .

Dated: **March 18, 2016**

**/s/ Michael G. Mc Auliffe**
**Michael G. Mc Auliffe**
Attorney for debtor(s)
**The Law Office of Michael G. Mc Auliffe**
**68 South Service Road**
**Suite 100**
**Melville, NY 11747**
**631-465-0044 Fax:631-465-0045**
**mgmlaw@optonline.net**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of New York

In re SCHOOLMAN TRANSPORTATION SYSTEM, INC. Debtor(s)

Case No.

Chapter 11

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

## PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ 1,765,221.77 | |

## PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. Gross Monthly Income | | $ 160,000.00 |

## PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 57,608.36 | |
| 4. Payroll Taxes | 4,227.30 | |
| 5. Unemployment Taxes | 0.00 | |
| 6. Worker's Compensation | 4,127.29 | |
| 7. Other Taxes | 2,147.38 | |
| 8. Inventory Purchases (Including raw materials) | 0.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 15,180.00 | |
| 11. Utilities | 3,816.00 | |
| 12. Office Expenses and Supplies | 1,113.93 | |
| 13. Repairs and Maintenance | 10,624.90 | |
| 14. Vehicle Expenses | 35,742.50 | |
| 15. Travel and Entertainment | 72.36 | |
| 16. Equipment Rental and Leases | 64.57 | |
| 17. Legal/Accounting/Other Professional Fees | 2,167.46 | |
| 18. Insurance | 0.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 | |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| parts and labor | 3,059.73 |
| interest expenses | 35,905.97 |
| resturcturing expense | 11,543.50 |
| loss on sale of assets | 5,138.68 |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

| | |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ 192,539.93 |

## PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ -32,539.93 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com